**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GET BACK UP, INC.,

    Plaintiff,

v.                                                    Case No. 17-10068

CITY OF DETROIT & CITY OF DETROIT
BOARD OF ZONING APPEALS,

    Defendants.
                                              /

## JUDGMENT

In accordance with the court's Order Denying Plaintiff's Motion for Preliminary Injunction and Permanent Injunction and Setting Status Conference, dated June 12, 2017, and the Joint Memorandum filed by Plaintiff on June 16, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of City of Detroit and City of Detroit Board of Zoning Appeals, and against Plaintiff, Get Back Up, Inc. Dated at Port Huron, Michigan, this 19th day of June 2017.

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: June 19, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2017, by electronic and/or ordinary mail.

s/Lisa Wagner  
Case Manager and Deputy Clerk  
(810) 292-6522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\17-10068.GETBACKUP.judgment.bss.wpd