# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 23, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 17-1824, *Get Back Up, Inc. v. City of Detroit, MI, et al*
Originating Case No. : 2:17-cv-10068

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Mr. Jonathan B. Frank
Ms. Sheri L. Whyte

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-1824
_____

Filed: April 23, 2018

GET BACK UP, INC.

     Plaintiff - Appellant

v.

CITY OF DETROIT, MI; CITY OF DETROIT BOARD OF ZONING APPEALS

     Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 03/30/2018 the mandate for this case hereby issues today.

COSTS: None